IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOHN FARRIS III,

    Petitioner,                   2:04-cv-01758-GEB-KJM-P

  vs.

GEORGE STRATTON, Acting Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prison inmate proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 15, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1  Petitioner has filed objections to the findings and
2  recommendations.
3      In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to
7  be supported by the record and by proper analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1.  The findings and recommendations filed August 15,
10 2005, are adopted in full; and
11     2.  Petitioner's petition for a writ of habeas corpus
12 is dismissed without prejudice and petitioner is given the option
13 of filing an amended petition containing only exhausted claims
14 within thirty days of the date on which this Order is filed.
15 Dated:  September 19, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2