IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOHN FARRIS,

    Petitioner,                   No. CIV S-04-1758 GEB KJM P

    vs.

SCOTT M. KERNAN, Warden,

    Respondent.                ORDER

_____/

        On September 20, 2005, the district court ordered the habeas petition in this case dismissed and gave petitioner leave to file an amended petition containing only exhausted claims. On September 22, 2005, petitioner filed his first amended petition.

        Respondent is directed to file his answer within thirty days of the date of this order. Unless either party desires to submit additional briefing or exhibits, the court will rely on the materials submitted in support of the original petition and answer.

        Should respondent file additional briefing and/or exhibits with his answer, petitioner may file a reply within thirty days of the date the additional briefing is filed.

DATED: October 3, 2005.

                              _____
                              UNITED STATES MAGISTRATE JUDGE

2/farr1758.100amd

1