IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOHN FARRIS, III,

     Petitioner,                No. CIV S-04-1758 GEB KJM P

   vs.

SCOTT M. KERNAN, Warden,

     Respondent.              <u>ORDER</u>

_____/

        This matter is placed on calendar on August 22, 2007 at 10:00 a.m. in Courtroom Twenty-Six for a status hearing.

        The parties should be prepared to discuss the need for an evidentiary hearing.

        IT IS SO ORDERED.

DATED: August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

2

farr1758.stat

1