LAW OFFICES OF EPHRAIM MARGOLIN
  Ephraim Margolin (SBN 032582)
  Gary K. Dubcoff   (SBN 168089)
240 Stockton Street, Fourth Floor
San Francisco, CA  94108
Telephone: (415) 421-4347
Facsimile:  (415) 397-9801

Counsel for Petitioner
LARRY JOHN FARRIS, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHN FARRIS, III,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>SCOTT M. KERNAN, Warden,<br><br>　　　Respondent. | Case No. CIV S-04-1758 GEB KJM P<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING** |

　　　IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that, as a result of petitioner's attorneys already being scheduled to appear in other courts on the date currently set for a status hearing, that hearing, now set for August 22, 2007, at 10:00 a.m., be continued one week to August 29, 2007, at 10:00 a.m..

| | |
|---|---|
| DATED: August 20, 2007 | Respectfully submitted, |
| CALIFORNIA ATTY. GEN. | LAW OFFICES OF EPHRAIM MARGOLIN |
| _/s/ Brian G. Smiley_<br>By: Brian G. Smiley<br>Counsel for Respondent<br>SCOTT M. KERNAN, Warden | _/s/ Gary K. Dubcoff_<br>By: Gary K. Dubcoff<br>Counsel for Petitioner<br>LARRY JOHN FARRIS, III |

**IT IS SO ORDERED.**

Dated: August 21, 2007.

_____
U.S. MAGISTRATE JUDGE