IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOHN FARRIS, III,

    Petitioner,               No. CIV S-04-1758 GEB KJM

    vs.

SCOTT KERNAN, Warden,

    Respondent.           ORDER

                                 /

        This case was on calendar for status relating to an evidentiary hearing on August 29, 2007. Ephraim Margolin, Esq. appeared for petitioner; David Eldridge, Deputy Attorney General, appeared for respondent.

        IT IS HEREBY ORDERED:

        1. Within fifteen days of the date of this order, respondent may file his opposition to petitioner's request for an evidentiary hearing, limited to ten pages. Petitioner's reply, if any, is due within seven days after the opposition is filed; and

        2. Evidentiary hearing is set for November 13, 2007 at 10:00 a.m. in Courtroom 26. Counsel for petitioner shall submit the appropriate request to have petitioner brought to court for the hearing six weeks before the hearing. This date will be vacated should the court

/////

1

determine that petitioner failed to develop the factual basis of the claim in state court. 28 U.S.C. § 2254(e)(2).

DATED: August 29, 2007.

_____
U.S. MAGISTRATE JUDGE

2

farr1758.oah