LAW OFFICES OF EPHRAIM MARGOLIN
 Ephraim Margolin (SBN 032582)
 Gary K. Dubcoff   (SBN 168089)
240 Stockton Street, Fourth Floor
San Francisco, CA  94108
Telephone: (415) 421-4347
Facsimile:  (415) 397-9801

Counsel for Petitioner
LARRY JOHN FARRIS, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHN FARRIS, III,<br><br>        Petitioner,<br><br>        v.<br><br>SCOTT M. KERNAN, Warden,<br><br>        Respondent. | Case No. CIV S-04-1758 GEB KJM P<br><br>**PETITIONER'S APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*** |

   Petitioner Larry John Farris, III (hereinafter "Farris"), through undersigned counsel, hereby respectfully applies for the issuance of a writ of habeas corpus *ad testificandum*, attached hereto as Exhibit A, to secure his presence as a witness at the upcoming evidentiary hearing.  As grounds therefor, Farris asserts the following:

   His California Prisoner No. is T-52155 and he is currently incarcerated at California State Prison – Sacramento, in the custody of the Warden, Sheriff, or Jailer thereof.  Farris is a necessary, material, and competent witness in the above-entitled habeas case, which is currently set for an evidentiary hearing in this Court, the United States District Court for the Eastern District of California, at Sacramento, California, on November 13, 2007, at 10:00 a.m., in Courtroom 26.  In order to secure Farris' attendance, it is necessary that a writ of habeas corpus *ad testificandum* be issued commanding the Warden, Sheriff, or Jailer of the California State Prison – Sacramento to produce him in this Court, located at 501 I Street, Sacramento, California, on November 13, 2007, at 10:00 a.m., in order that he may answer such questions as may be propounded to him during the course of the evidentiary hearing.

WHEREFORE, Farris respectfully requests that this Court issue an order directing the issuance of a writ of habeas corpus *ad testificandum,* out of and under the seal of this Court, commanding the Warden, Sheriff, or Jailer of the California State Prison – Sacramento to have and produce him in this courthouse on November 13, 2007, by 10:00 a.m., then and there to answer such questions as may be propounded to him during the course of the evidentiary hearing in the above-captioned case; and, at the termination of the hearing, to return him forthwith to the California State Prison – Sacramento.

Dated: September 10, 2007                                                        Respectfully submitted,

                                                                                                LAW OFFICES OF EPHRAIM MARGOLIN


                                                                                                  /s/ Gary K. Dubcoff
                                                                                                By:  Gary K. Dubcoff

                                                                                                Counsel for Petitioner
                                                                                                LARRY JOHN FARRIS, III

## ORDER

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

/////

/////

/////

3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

DATED:

## WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

TO:   The Warden of the California State Prison – Sacramento;

### GREETING

WE COMMAND that you have and produce the body of Larry John Farris, III, California Department of Corrections and Rehabilitation No. T-52155, in your custody in the California State Prison – Sacramento, before the United States District Court, Federal Building, United States Courthouse, 501 I Street, Sacramento, California, Courtroom 26, on November 13, 2007, at 10:00 a.m.., to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  September 14, 2007.

_____
U.S. MAGISTRATE JUDGE