IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOHN FARRIS, III,

    Petitioner,                      No. CIV S-04-1758 GEB KJM P

    vs.

SCOTT M. KERNAN, Warden,

    Respondent.                   ORDER

_____/

        An evidentiary hearing was held on November 13, 2007. Ephraim Margolin, Esq. and Joseph Elford, Esq. appeared for petitioner; David Eldridge, Deputy Attorney General appeared for respondent and was accompanied by Brian Means, Deputy Attorney General.

        The court directs the parties to work together to provide the following records to the court, within thirty days of the date of hearing:

        1. Kevin Burdick's file;

        2. Mr. Burdick's billing records;

        3. The file from Placer County Superior Court case number 62-22839, including minutes, plea forms and/or plea transcripts of co-defendants Brent David Forman, Joshua Merritt, and Zachary Miller stemming from the smoke shop and Reynolds' robberies.

/////

1  Closing briefs shall be filed according to the following schedule:

2  1. Petitioner's brief is due no later than December 21, 2007 and should not
3  exceed twenty pages;

4  2. Respondent's brief, also limited to twenty pages, is due January 7, 2008;

5  3. Petitioner's reply, limited to ten pages, is due January 14, 2008.

6  IT IS SO ORDERED.

7  DATED: November 14, 2007.

_____
U.S. MAGISTRATE JUDGE

12  2

13  farr1758.oah(2)