LAW OFFICES OF EPHRAIM MARGOLIN

Ephraim Margolin (SBN 32582)

Joseph D. Elford (SBN 189934)

240 Stockton Street, Fourth Floor

San Francisco, CA 94108

Telephone: (415) 421-4347

Fax: (415) 397-9801

Counsel for Petitioner

LARRY JOHN FARRIS, III

**FILED**

DEC 21 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | | |
|---|---|---|
| LARRY JOHN FARRIS, | ) | No. CIV S-04-1758 GEB KJM P |
| Petitioner, | ) | **STIPULATED REQUEST TO** |
| v | ) | **DISCLOSE BILLING STATEMENTS** |
| | ) | ORDER |
| GEORGE STRATTON, Acting Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order, dated November 14, 2007, Petitioner Larry John Farris ("Farris"), by and through counsel, subpoenaed the Billing records of attorney Kevin Burdick in

/ / ///

this matter. On December 19, 2007, that billing statement was lodged with this Court. The parties jointly request that these documents be disclosed to counsel for the parties forthwith.

DATED:     December 20, 2007                    Respectfully Submitted,

                                                                       /s/ Ephraim Margolin

                                                                       Ephraim Margolin

                                                                       /s/ Joseph D. Elford

                                                                       Joseph D. Elford

                                                                       Counsel for Petitioner

                                                                       LARRY JOHN FARRIS, III

                                                                       /s/ David Eldridge (by permission)

                                                                       David Eldridge

                                                                       Counsel for Respondent

                                                                       GEORGE STRATTON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 12/21/07

                                                                       KIMBERLY J. MUELLER
                                                                       U.S. MAGISTRATE JUDGE