IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JOHN FARRIS, III,

        Petitioner,              No. CIV S-04-1758 GEB KJM P

    vs.

SCOTT KERNAN, Warden,

        Respondents.        <u>ORDER</u>

_____/

        The Clerk of the Court is directed to file under seal the attaching billing records from Kevin Burdick in the case of People v. Larry Farris, Placer County Case Number 62-22839.

        IT IS SO ORDERED.

DATED: 3/31/08

                            U.S. MAGISTRATE JUDGE

2
farr1758.seal

1